September 19, 2024

Melanie Smith, Case No. 24-10218-CMA

Response to Motion to Withdraw,

Dear Judge Alston,

I include the list of conditions for my reverse mortgage. The main condition, of course, is clear title. I, as mentioned previously, I never thought a conversion to a Chapter 13 was the answer. I was advised by Trustee, Michael Klein, to hire an attorney and convert to a Chapter 13. I had hoped Mr. Marc Stern was the answer, however, his timeline and his actions seem to only have caused me more harm and time. I have consulted another attorney and hope he can clear up some of these concerns.

I cannot hire a new attorney until the previous attorney is dismissed. I encourage the court to dismiss Marc Stern as my attorney. As he mentioned in his "Motion to Withdraw", he is unable to represent me, he does not want to represent me and I have little faith in him.

I want the court to know, I feel my character has been attacked. I have suffered a painful twenty-year illness that has cost me all I have worked for. My health, The Recession, The Pandemic, has all but claimed my business and my life. Forced into bankruptcy for health issues is not new. I did not want to elaborate on my physical condition, if not necessary, as I am trying to protect what privacy I still maintain, however, I was in a wheelchair for eight months last year, a broken leg. I now live with seventeen screws and two plates that my body has rejected. The five-hour surgery was not successful. I must go back to remove the hardware. I have three exposed screws that are infected. I have been in the emergency room five times in the last year and a half, I was medically abandoned by my medical team which is ongoing for two years now. I have come close to death multiple times in those past two years. A major concern is that I live with two to four hours of sleep a night that is ongoing for the past two years. It is hard to concentrate and hard to find energy to fight for my very existence. I do not make excuses but I am trying to let the court know my challenges. Climbing the courthouse steps to come to court is a hardship but I have come every time, even twice I was not scheduled to appear. There are no elevators and a ramp is only good if one has a motorized wheelchair or scooter.

I am continuing my efforts for a HAF grant. I have an appeal currently in place. I have a reverse mortgage in the works but concerned if I do not clear my title, I may have to start over. I have been approved for the loan. The debt to The Washington Employment Security Department is at about $30,000 but $10,000 is interest charges. The Department encouraged me to ask for a waiver before I filed my Chapter 7. I feel I can negotiate this.

Although my business has not been profitable since 2017, I still work seven days a week, as I always have. I have about 5 to 7 million in inventory with clients who may be in a situation as difficult as mine. I will not let them down.

I am, or was, a pillar of the community. I have a reputation across Seattle. I have given a lot to Seattle and gladly. I am grateful for this opportunity.



I was homeless as a child. I was on my own by the age of 15. I was granted Emancipation at 16 years of age. I educated myself. I have always worked multiple jobs. No one is more disappointed of my current situation than myself. I always remind myself of a phrase Ted Turner is known for. "winners don't quit and quitters don't win." I am down but I am not out.

I face many obstacles but I am hopeful. I am a God-fearing woman and my faith is steady. My home of 33 years is the only thing I have left. My life and situation is a challenge every day, however The Bible teaches us, "I will not give ye more than ye can bear. "

I was present for my "Meeting of Creditors" on Monday, September 16th, 2024, without an attorney. The Trustee wants to reevaluate my home. I have more experience than his "real estate team", but it is a great gig, if you can get it. Had I had a job like that, maybe I would not be financially distressed. I have told Mr. Klein, I am cooperative.

Regarding my brother's gift, it is a small inheritance. My brother was everything to me. He was my only full blood sibling. We were raised like twins. I did not know he was sick. I saw him just once in twenty-five years, however we talked several times a week after we lost our mother. He was poisoned to death in his own home. That is how I came to break my leg and ankle. Allergen poisoning. I have left Seattle but one time in 15 years. To bury my brother. No time will tame the pain. His extended probate only causes more distress and pain. No amount of money will bring him back. He died a painful, preventative death at 60.

So now, the only email I ever sent Mr. Stern, "I am financially and physically exhausted." My future lies in the decisions of the court and I am good with that. I was told, "how unlucky I am to be stuck with Alston." I told that person, "Judge Alston must be a fair judge and I am confident he will make the right decisions."

Thank you for your time on this matter,

Respectfully yours,

*Melanie Smith*

Melanie Smith

Dear Melanie Smith,

Please use the return envelope included in this FedEx to send me the following items listed below. Please reach out to me if you have any questions at all, my contact information is below. Thank you!

1. Provide most recent monthly statement for the following mortgage listed on your property title report:
    a. Proper Disposition of Deed of Trust executed by Melanie A. Smith, a single person, Chicago Title Insurance, as Trustee, and Mortgage Electronic Registration Systems, Inc., as nominee for Arboretum Mortgage Corporation, as Lender, dated April 28, 2003, recorded April 30, 2003, in (instrument) 20030430003281, securing the principal amount of $322,700.00, for account number: n/a

    Said instrument has been assigned to Wilmington Savings Fund Society, FSB D/B/A Christiana Trust, not individually but as Trustee for Pretium Mortgage acquisition Trust by document recorded January 8, 2019, in (instrument) 20190108001163, of Official Records.

2. Provide signed/dated letter of explanation for the events that led to the chapter 13 bankruptcy filed 1/31/2024 CASE NO. 24-10218-CMA
3. Written approval from the bankruptcy trustee allowing to close the reverse mortgage transaction outside of the bankruptcy. The court must provide written permission signed by the judge indicating that you do not need to pay off the bankruptcy with the reverse mortgage. Permission must indicate that the mortgage may be an adjustable-rate mortgage, if applicable. Request that the court does NOT specify a specific rate.
4. Bankruptcy plan payment history covering the previous 24 months.
5. Provide an alternative contact person. You may not opt out. Please provide a name, address, and phone number.
6. Provide access to first floor bedroom to the appraiser. A photo is required. The appraiser will need to re-visit the property.
7. Double strap the water heater.


Natasha Lewis

Senior Reverse Processor

---

**Phone:** (619) 353-2401

**Fax:** (630) 883-1091

**Email:** nlewis@mutualmortgage.com

3131 Camino Del Rio N
San Diego, CA, 92108
Corporate NMLS #1025894

**MutualMortgage.com**