**Below is the Order of the Court.**

_CM Alston signature_

**Christopher M. Alston
U.S. Bankruptcy Judge**
(Dated as of Entered on Docket date above)

Honorable Christopher M. Alston

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | Bankruptcy No. 24-10218-CMA |
| MELANIE A. SMITH, | ) | |
| a/k/a M. A. Smith, a/k/a M. Smith, | ) | EX PARTE ORDER |
| | ) | SHORTENING TIME |
| Debtor(s). | ) | **MODIFIED BY COURT** |
| | ) | |

THIS MATTER having come regularly before the above-signed Judge of the above-entitled Court, upon the trustee's *Ex Parte* Motion for an Order to Shorten Time, it appearing that good cause exists to shorten time, now, therefore, it is hereby

ORDERED that the trustee, Michael P. Klein, may shorten notice of a Motion for an Order Authorizing Sale of Real Property of the Estate Free and Clear of Liens and Encumbrances or, in the Alternative, Abandoning Property, and the hearing shall be held on April 10, 2025, at 9:30 a.m.

IT IS HEREBY FURTHER ORDERED that notice of said motion shall be mailed no later than March 26, 2025.

**EX PARTE ORDER
SHORTENING TIME**
250324bOrd   Page 1

THE LIVESEY LAW FIRM
2033 Sixth Avenue, Suite 900
Seattle, WA 98121
(206) 441-0826

1    IT IS HEREBY FURTHER ORDERED that responses to said motion shall be due on or

2   before April 9, 2025. ~~with replies due on April 9, 2025.~~

3                   //// END OF ORDER ////

4

    Presented By:
5
    THE LIVESEY LAW FIRM
6

7       /S/ Rory C. Livesey
    _____
8   Rory C. Livesey, WSBA #17601
    Attorney for Michael P. Klein, Trustee
9
    The Livesey Law Firm
10  2033 Sixth Avenue, Suite 900
    Seattle, WA 98121
11  (206) 441-0826

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**EX PARTE ORDER**
**SHORTENING TIME**
250324bOrd   Page 2

THE LIVESEY LAW FIRM
2033 Sixth Avenue, Suite 900
Seattle, WA 98121
(206) 441-0826

Case 24-10218-CMA    Doc 118    Filed 03/25/25    Ent. 03/25/25 14:12:32    Pg. 2 of 2