The Honorable Christopher M Alston
Chapter 7
Hearing Location: United States Bankruptcy
Court, Courtroom 7206,
700 Stewart Street,
Seattle, WA 98101
Hearing Date: April 3 2025
Hearing Time: 9:30 am
Response Date: March 27 2025

UNITED STATES BANKRUPTCY COURT WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re:<br><br>Melanie A Smith aka M A Smith aka M Smith<br><br>Debtor | ) NO. 24-10218-CMA<br>)<br>) DEBTOR'S MOTION TO VACATE<br>) ORDER OF 8/23/24 AND<br>) REINSTATE CREDITOR CLAIM<br>) OF U.S. BANK TRUST<br>) NATIONAL ASSOCIATION<br>) (FORMERLY WILMINGTON<br>) SAVINGS FUND SOCIETY) AND<br>) THE STAY THEREON IN<br>) CHAPTER 7 AND<br>  CONVERT CHAPTER 7 TO<br>  CHAPTER 13 |

COMES NOW, Debtor, by and through attorney William C. Budigan and moves to vacate the Order herein of 8/23/24 ( doc 76) reinstate CREDITOR CLAIM OF U.S. BANK TRUST NATIONAL ASSOCIATION (FORMERLY WILMINGTON SAVINGS FUND SOCIETY) in this Chapter 7 under Automatic Stay and to convert the above-captioned bankruptcy from a Chapter 7 to Chapter 13, pursuant to 11 USC §706(a).

1. On January 31, 2024, Melanie Smith, filed a voluntary petition for relief under Chapter 7 of the Bankruptcy Code, which has not been previously converted.

2. The Debtor is an individual and her debts do not exceed the applicable debt limit.

1

3. Due to the Debtor's financial circumstances and the circumstances of her bankruptcy, the Debtor desires to be in Chapter 13. She wants to keep her house and this is the path, as she is able to make the Chapter 13 payments now. She has much greater equity than the offers for her house on the table through Bankruptcy Trustee and certainly more than it will fetch in a foreclosure sale by creditor first mortgage .

4. The Court signed an Order 8/23/24 drafted by lawyers for the first mortgage creditor (doc 76) indicating that the Lender was awarded relief from stay to foreclose the property and that the Order specifically said at Paragraph 4 that the first mortgage Lender creditor would not be put back into Chapter 7 and would not be a creditor in a Chapter 13 if the Chapter 7 were converted into Chapter 13. I move that the Court vacate that Order and reinstate the claim of the first mortgage creditor, U.S. BANK TRUST NATIONAL ASSOCIATION (FORMERLY WILMINGTON SAVINGS FUND SOCIETY), into my Chapter 7, reinstate the Stay thereon, before converting the case from Chapter 7 to Chapter 13.

5. This motion is based upon the records and files herein and the declaration of Melanie Smith filed herewith.

DATED this March 21, 2025 in Seattle, Washington.

/s/_____William Budigan_____
William C. Budigan, WSBA #13443
Attorney for Debtor

2

Entered on Docket August 23, 2024

Below is the Order of the Court.



Christopher M. Alston
U.S. Bankruptcy Judge
(Dated as of Entered on Docket date above)

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON

In Re:

Melanie A Smith aka M A Smith aka M Smith,

Debtor.

Case No. 24-10218-CMA

Chapter 7

ORDER TERMINATING THE AUTOMATIC STAY

This matter came before the Court on the Motion for Relief from Automatic Stay filed by Wilmington Savings Fund Society, FSB, D/B/A Christiana Trust, Not Individually But As Trustee for Pretium Mortgage Acquisition Trust ("Movant"). Based upon the record on file and the representations made to the court, IT IS HEREBY ORDERED:

1. This Order affects the real property located at **3057 42nd Avenue West, Seattle, WA 98199** (the "Property").

2. The automatic stay is terminated as to Movant. Movant may pursue all remedies under state law in connection with the Property and security interest, and may commence or continue any action necessary to obtain complete possession of the Property free and clear of claims of the bankruptcy estate.

3. Movant, at its option, may offer, provide and enter into any potential forbearance agreement, loan modification, refinance agreement or other loan workout/loss mitigation agreement as allowed by state law. Movant may contact Debtor

Order Granting Relief From Stay  1  McCarthy & Holthus, LLP
MH# WA-24-175981  108 1st Avenue South, Ste. 300
Seattle, WA 98104
(206) 596-4856

Case 24-10218-CMA    Doc 76    Filed 08/23/24    Ent. 08/23/24 11:18:34    Pg. 1 of 2

Case 24-10218-CMA    Doc 122    Filed 03/25/25    Ent. 03/25/25 17:10:16    Pg. 3 of 4

via telephone or written correspondence to offer such an agreement. Any such agreement shall be non-recourse unless included in a reaffirmation agreement.

4. The relief granted herein shall be binding and of full force and effect in any conversion of this case to any other chapter. A conversion to another chapter does not stay or enjoin the effect of this Order, or prevent Movant from foreclosing and selling the Property, and recovering its costs, unless otherwise ordered by this Court.

/// END OF ORDER ///

Submitted by:

McCarthy & Holthus, LLP

/s/ Lance E. Olsen
Lance E. Olsen, Esq. WSBA #25130
Michael S. Scott, Esq. WSBA #28501
Attorneys for Movant

Order Granting Relief From Stay
MH# WA-24-175981

2

McCarthy & Holthus, LLP
108 1st Avenue South, Ste. 300
Seattle, WA 98104
(206) 596-4856

Case 24-10218-CMA    Doc 76    Filed 08/23/24    Ent. 08/23/24 11:18:34    Pg. 2 of 2

Case 24-10218-CMA    Doc 122    Filed 03/25/25    Ent. 03/25/25 17:10:16    Pg. 4 of 4